| | |
|---|---|
| 1 | Celeste M. Brecht (State Bar No. 238604) |
| 2 | JONES DAY<br>555 South Flower Street |
| 3 | Floor 50<br>Los Angeles, CA 90071 |
| 4 | Telephone: +1.213.489.3939<br>Facsimile: +1.213.243.2539 |
| 5 | Email: cbrecht@jonesday.com |
| 6 | *Attorneys for Defendant*<br>CHEVRON U.S.A. INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Anderson and Marilyn Anderson,<br><br>*Plaintiffs*,<br><br>v.<br><br>Syngenta AG; Syngenta Crop Protection, LLC; Chevron U.S.A. Inc.; and DOES 1 through 60, inclusive,<br><br>*Defendants*. | Case No. 3:22-cv-658<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: January 31, 2022<br>Action Removed: February 1, 2022<br>Trial Date: None Set |

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071.2452. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 2, 2022, I transmitted via **United Parcel Service (UPS)**, the documents listed below to the person at the address set forth below:

1. **NOTICE OF REMOVAL;**

2. **CIVIL COVER SHEET;**

3. **DECLARATION OF CELESTE M. BRECHT IN SUPPORT OF DEFENDANT CHEVRON U.S.A. INC.'S NOTICE OF REMOVAL;**

4.   **ECF NOTICE OF CASE ASSIGNMENT TO MAGISTRATE JUDGE JOSEPH C. SPERO;**

    5.   **CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; and**

    6.   **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

Curtis G. Hoke, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, Virginia 22960
Telephone:    540.672.4224
Facsimile:    540.672.3055
Email: choke@millerfirmllc.com

*Attorneys for Plaintiffs,*
*Allen Anderson and Marilyn Anderson*

    Executed on February 2, 2022, at Los Angeles, California.

                          *s/ Norma Martinez*
                          Norma Martinez