Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Telephone: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

*Attorneys for Plaintiffs*
ALLEN ANDERSON and
MARILYN ANDERSON

Celeste M. Brecht (State Bar No. 238604)
**JONES DAY**
555 South Flower Street
Floor 50
Los Angeles, CA 90071
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
Email: cbrecht@jonesday.com

*Attorneys for Defendant*
CHEVRON U.S.A. INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ANDERSON and MARILYN ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA AG; SYNGENTA CROP PROTECTION, LLC; CHEVRON U.S.A. INC.; AND DOES 1 THROUGH 60 INCLUSIVE,<br><br>Defendants. | Case No.: 3:22-cv-00658-JCS<br><br>**JOINT STIPULATION FOR REMAND TO SUPERIOR COURT**<br><br>Complaint Filed: January 31, 2022<br>Action Removed: February 1, 2022<br>Trial Date: None Set<br><br>[Filed Concurrently with Proposed Order] |

Plaintiffs ALLEN ANDERSON and MARILYN ANDERSON and Defendant CHEVRON U.S.A. INC. hereby stipulate and agree to Remand this matter to the Contra Costa Superior Court as follows:

WHEREAS, following removal of this case to Federal Court, counsel for Plaintiffs informed counsel for Defendant that, unbeknownst to defense counsel, Defendant Chevron U.S.A. Inc. had been served with the initial Complaint and Summons in this matter before filing the Notice of Removal.

THEREFORE, accordingly, the parties hereby present this Joint Stipulation to the Court and jointly request entry of an Order as follows:

1. To remand this case to the Superior Court of the State of California, County of Contra Costa; and

2. Each party will bear their own attorneys' fees and costs associated with the remand.

Respectfully submitted,

Dated: February 17, 2022

/s/ Curtis G. Hoke
Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Telephone: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

*Attorneys for Plaintiffs*
ALLEN ANDERSON and
MARILYN ANDERSON

Dated: February 17, 2022

                                                                /s/ Celeste M. Brecht\*
                                                                Celeste M. Brecht (State Bar No. 238604)
**JONES DAY**
555 South Flower Street
Floor 50
Los Angeles, CA 90071
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
Email: cbrecht@jonesday.com

*Attorneys for Defendant*
CHEVRON U.S.A. INC.

\*Signed with permission

JOINT STIPULATION FOR REMAND TO SUPERIOR COURT
3

# **CERTIFICATE OF SERVICE**

I, Curtis G. Hoke, hereby certify that, on February 17, 2022, I electronically filed the foregoing JOINT STIPULATION FOR REMAND TO SUPERIOR COURT with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 17, 2022

/s/ Curtis G. Hoke
Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Telephone: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

*Attorneys for Plaintiffs*
ALLEN ANDERSON and
MARILYN ANDERSON