# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ANDERSON and MARILYN ANDERSON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SYNGENTA AG; SYNGENTA CROP PROTECTION, LLC; CHEVRON U.S.A. INC.; AND DOES 1 THROUGH 60 INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 3:22-cv-00658-JCS<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR REMAND TO SUPERIOR COURT**<br><br>Complaint Filed: January 31, 2022<br>Action Removed: February 1, 2022<br>Trial Date: None Set |

IT IS HEREBY ORDERED that:

1. This matter is REMANDED to the Superior Court of the State of California, County of Contra Costa; and

2. Each party will bear their own attorneys' fees and costs associated with the remand.

**IT IS SO ORDERED.**

Date: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge