1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6

7    ALLEN ANDERSON, et al.,                    Case No. 22-cv-00658-HSG
          Plaintiffs,
8                                               **ORDER ADOPTING MAGISTRATE**
9        v.                                     **JUDGE'S REPORT AND**
                                                **RECOMMENDATION RE**
     SYNGENTA AG, et al.,                       **STIPULATION TO REMAND ACTION**
10                                              **TO STATE COURT**
          Defendants.
11                                              Re: Dkt. Nos. 5, 6

12          The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re

13   Stipulation to Remand Action to State Court.  The time for objections has passed and none were

14   filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every

15   respect.  Accordingly,

16          IT IS HEREBY ORDERED that the Stipulation to Remand is GRANTED.  Each party will

17   bear their own attorneys' fees and costs associated with the remand. The Clerk is directed to

18   remand this case to the  Superior Court of the State of California, County of Contra Costa and

19   close the file.

20          **IT IS SO ORDERED.**

21   Dated: March 9, 2022

22

23

24                                              HAYWOOD S. GILLIAM, JR.
                                                United States District Judge
25
26
27
28

United States District Court
Northern District of California